No. 643. ALLIED OIL CORP. *v.* SOCONY-VACUUM OIL Co., INC. C. A. 7th Cir. Certiorari denied. *Thomas J. Downs* for petitioner. *J. F. Dammann* for respondent.

No. 669. REPUBLIC STEEL CORP. *v.* FARVAL CORPORATION. C. A. 6th Cir. Certiorari denied. *Walter J. Blenko* and *John H. F. Leonard* for petitioner. *John F. Oberlin* for respondent.

No. 291, Misc. LANGFORD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Henry G. Bodkin* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 336, Misc. THOMASSON *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. J. E. Taylor,* Attorney General of Missouri, and *Gordon P. Weir,* Assistant Attorney General, for respondent.

No. 400, Misc. KENT *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 406, Misc. WINEGARD *v.* SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied. *Joseph Kadans* for petitioner.

No. 413, Misc. SMITH ET AL. *v.* HOLT ET UX. Court of Appeals of Kentucky. Certiorari denied.